UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| FRANKENMUTH INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 3:10-CV-231 |
| CLEAR CREEK CONSTRUCTION, LLC, | * |
| Defendant. | * |

## ORDER

This matter came before the Court upon the parties' Consent Motion to Stay. (Docket No. 24). For good cause stated, the motion is **GRANTED**. This matter is stayed until a determination is made with respect to the settlement of *Tennessee Clean Water Network, et al. v. Babelay Farm, LLC, et al.*, Docket No. 3:09-CV-449.

ENTER this 1st day of SEPT, 2011.

_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO BY:

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

BY: /s/ Sean W. Martin
  THOMAS A. WILLIAMS, BPR # 001688
  CHERIE D. JEWELL, BPR #020835
  SEAN W. MARTIN, BPR #020870
  Attorneys for Plaintiff
  801 Broad Street, Third Floor
  Chattanooga, TN 37402
  (423) 265-0214 / (423) 266-5490

RAMSEY, ELMORE, STONE & CAFFEY, PLLC


BY: __/s/ Wynne du Mariau Caffey_____
     (By Sean W. Martin with express permission)
     ROBERT S. STONE, BPR #005459
     WYNNE du MARIAU CAFFEY, BPR #014876
     Attorneys for Defendant
     5616 Kingston Pike, Suite 301
     Knoxville, TN 37919
     865-766-0056 / 865-766-0570 FAX