# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

FRANKENMUTH INSURANCE COMPANY,      *
                                      *

      Plaintiff,                             *
                                      *

v.                                      * Civil Action No.: 3:10-CV-231
                                      *

CLEAR CREEK CONSTRUCTION, LLC,      *
                                      *

      Defendant.                          *

## STIPULATION OF DISMISSAL

By stipulation of the parties and for good cause shown, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the above-referenced case is

dismissed with prejudice. Court costs, if any, will be taxed to the Plaintiff. Each party

will bear their own discretionary costs, including attorneys' fees and expenses.

ORDERED this 21st day of ___Aug___ 2012.

_Thomas H. Phillips_
_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO BY:

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

BY: __/s/ Sean W. Martin_____
      THOMAS A. WILLIAMS, BPR # 001688
      SEAN W. MARTIN, BPR #020870
      Attorneys for Plaintiff
      801 Broad Street, Third Floor
      Chattanooga, TN 37402
      (423) 265-0214 / (423) 266-5490

**RAMSEY, ELMORE, STONE & CAFFEY, PLLC**

BY: __/s/ Wynne du Mariau Caffey_____
      **(By Sean W. Martin with express permission)**
      **ROBERT S. STONE, BPR #005459**
      **WYNNE du MARIAU CAFFEY, BPR #014876**
      Attorneys for Defendant
      5616 Kingston Pike, Suite 301
      Knoxville, TN 37919
      865-766-0056 / 865-766-0570 FAX

2